IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GELSINGER, | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-01654 |
| v. | : | |
| | : | (Judge Kane) |
| ERIC ARMEL, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 2nd day of September 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket to substitute Superintendent Eric Armel for Respondent Mark Capozza;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **GRANTED** with respect to Grounds One and Ten;

3. Petitioner's convictions and sentences for attempted homicide and first-degree murder, imposed by the Court of Common Pleas of Dauphin County, Pennsylvania, No. CP-22-CR-926-2014, are **VACATED**;

4. The Commonwealth is directed to retry Petitioner on the attempted homicide and first-degree murder charges within ninety (90) days. In the event of an appeal by either party, the time period for retrial is stayed for a period of thirty (30) days after final disposition of the appeal; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
