IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GELSINGER,** | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-01654 |
| v. | : | |
| | : | (Judge Kane) |
| **ERIC ARMEL,** *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, on this 21st day of May, 2024, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
